**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: MCMAN, SHEILA KAY § | Case No. 12-81305 |
| § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 327 South Church Street, Room #1100
 Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/03/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  08/27/2012          By:  /s/JOSEPH D. OLSEN
                                                                                                       Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: MCMAN, SHEILA KAY | § | Case No. 12-81305 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 39,720.36 |
| *and approved disbursements of* | $ 25.00 |
| *leaving a balance on hand of* [1] | $ 39,695.36 |
| **Balance on hand:** | $ 39,695.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 39,695.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,722.04 | 0.00 | 4,722.04 |
| Trustee, Expenses - JOSEPH D. OLSEN | 46.00 | 0.00 | 46.00 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 900.00 | 0.00 | 900.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,668.04 |
| Remaining balance: | $ 34,027.32 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 34,027.32

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 34,027.32

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,143.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank N.A. | 12,963.20 | 0.00 | 6,379.51 |
| 2 | Citibank N.A. | 17,717.86 | 0.00 | 8,719.40 |
| 3 | Citibank N.A. | 10,622.68 | 0.00 | 5,227.68 |
| 4 | Citibank N.A. | 4,683.97 | 0.00 | 2,305.10 |
| 5 | Breezy Point Timeshare | 2,553.90 | 0.00 | 1,256.84 |
| 6 | Centegra Hospital | 1,613.95 | 0.00 | 794.26 |
| 7 | PYOD, LLC its successors and assigns as assignee | 18,988.14 | 0.00 | 9,344.53 |

Total to be paid for timely general unsecured claims: $ 34,027.32
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                   Case No. 12-81305-MB
Sheila Kay McMan                                                         Chapter 7
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0752-3           User: cshabez               Page 1 of 3                   Date Rcvd: Aug 31, 2012
                               Form ID: pdf006             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
db            #+Sheila Kay McMan,    7 Newbury Ct.,    Lake in the Hills, IL 60156-6817
18716474      +Algonquin Family Healthcare,    2220 Huntington Dr.,    Algonquin, IL 60102-4419
18716475      +Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
18716476      +Breezy Point Timeshare,    PO Box 285,    Pequot Lakes, MN 56472-0285
18716477      +Bruce McMan,    7 Newbury Ct,    Lake in the Hills, IL 60156-6817
18716478      +Buxton & Kasper,    44 N. Virginia, Ste. 3A,    Crystal Lake, IL 60014-4154
18716479       Centegra Health System,    P.O. Box 1990,    Woodstock, IL 60098-1990
18716480      +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
18716481      +Citi,    Processing Center,    Des Moines, IA 50362-0001
18716482       CitiBank Mortgage,    P.O. Box 689196,    Des Moines, IA 50368-9196
18976233      +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
                701 E 60th Street North,    Sioux Falls, SD 57104-0432
18716483       Citibank NA Studen Loan,    PO Box 22876,    Rochester, NY 14692-2876
18716484      +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
                Burr Ridge, IL 60527-6921
18716485      +Crystal Lake Orthopaedic Surgery,    750 East Terra Cotta Avenue # C,
                Crystal Lake, IL 60014-3621
18716486       First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
18716487       Ford Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
18716489       Internal Revenue Service,    SBSE/Insolvency Unit,    Box 330500-Stop 15,    Detroit, MI 48232
18716490       Ivers Chiropractic, Inc.,    PO Box 270345,    Crystal Lake, IL 60014
18716491      +Management Services Incorporated,    PO Box 1099,    Langhorne, PA 19047-6099
18716492      +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
18716493      +SLC Student Loan Trust,    701 E 60th St. N.,    Sioux Falls, SD 57104-0432
18716494      +Steven McMan,    7 Newbury Ct,    Lake in the Hills, IL 60156-6817
18716495       Student Loan Corporation,    99 Gamsey Rd,    Pittsford, NY 14534
18716496       Wells Fargo,    P.O. Box 563966,    Charlotte, NC 28256-3966
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19169004      +E-mail/Text: bankruptcy@hraccounts.com Sep 01 2012 00:21:42      Centegra Hospital,
                C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
18754933      +E-mail/Text: snelson@califf.com Sep 01 2012 00:21:27      Ford Motor Credit Company LLC,
                % Steven L Nelson,    Snyder Park Nelson & Schwiebert PC,    1600  4th Ave  Ste 200,
                Rock Island, Il 61201-8632
18753715      +E-mail/Text: snelson@califf.com Sep 01 2012 00:21:27      Ford Motor Credit Company LLC,
                C/O Steven L. Nelson,    1600 4th Ave., Ste. 200,    Rock Island, IL 61201-8632
18716488      +E-mail/Text: bankruptcy@hraccounts.com Sep 01 2012 00:21:42      H&R Accounts, Inc.,
                7017 John Deere Parkway,    Moline, IL 61265-8072
19330196      +E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2012 00:21:04
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-3          User: cshabez            Page 2 of 3               Date Rcvd: Aug 31, 2012
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2012**               **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2012 at the address(es) listed below:

```
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          Gloria C  Tsotsos    on behalf of Creditor   CITIMORTGAGE, INC. nd-three@il.cslegal.com
          Joseph D Olsen    Jolsenlaw@comcast.net,   IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Michele  Aiken    on behalf of Debtor Sheila McMan maiken@aikenandaiken.com,
           saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@califf.com
                                                                                             TOTAL: 7
```