# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MCMAN, SHEILA KAY | § | Case No. 12-81305 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $242,122.64 *(without deducting any secured claims)* | Assets Exempt: $32,576.64 |
| Total Distribution to Claimants: $34,027.32 | Claims Discharged Without Payment: $135,374.58 |
| Total Expenses of Administration: $5,693.04 | |

3) Total gross receipts of $ 39,720.36 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $39,720.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $221,843.01 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,693.04 | 5,693.04 | 5,693.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 119,771.59 | 69,143.70 | 69,143.70 | 34,027.32 |
| **TOTAL DISBURSEMENTS** | $341,614.60 | $74,836.74 | $74,836.74 | $39,720.36 |

4)  This case was originally filed under Chapter 7 on March 30, 2012. The case was pending for 8 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/03/2012_____   By: _/s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Judgment for property settlement against ex-husb | 1129-000 | 39,720.36 |
| **TOTAL GROSS RECEIPTS** | | **$39,720.36** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | CitiBank Mortgage | 4110-000 | 177,160.83 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 12,715.82 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 31,966.36 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$221,843.01** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,722.04 | 4,722.04 | 4,722.04 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 46.00 | 46.00 | 46.00 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 900.00 | 900.00 | 900.00 |

**UST Form 101-7-TDR (10/1/2010)**

| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,693.04 | $5,693.04 | $5,693.04 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank N.A. | 7100-000 | N/A | 12,963.20 | 12,963.20 | 6,379.51 |
| 2 | Citibank N.A. | 7100-000 | N/A | 17,717.86 | 17,717.86 | 8,719.40 |
| 3 | Citibank N.A. | 7100-000 | N/A | 10,622.68 | 10,622.68 | 5,227.68 |
| 4 | Citibank N.A. | 7100-000 | N/A | 4,683.97 | 4,683.97 | 2,305.10 |
| 5 | Breezy Point Timeshare | 7100-000 | 525.25 | 2,553.90 | 2,553.90 | 1,256.84 |
| 6 | Centegra Hospital | 7100-000 | N/A | 1,613.95 | 1,613.95 | 794.26 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 18,988.14 | 18,988.14 | 18,988.14 | 9,344.53 |
| NOTFILED | Ivers Chiropractic, Inc. | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| NOTFILED | Navy Federal Credit Union | 7100-000 | 5,739.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Omaha | 7100-000 | 12,556.10 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 974.79 | N/A | N/A | 0.00 |
| NOTFILED | Steven McMan | 7100-000 | 3,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Student Loan Corporation | 7100-000 | 15,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Crystal Lake Orthopaedic Surgery | 7100-000 | 241.20 | N/A | N/A | 0.00 |
| NOTFILED | SLC Student Loan Trust | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Algonquin Family Healthcare | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Buxton & Kasper | 7100-000 | 9,921.50 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service SBSE/Insolvency Unit | 7100-000 | 12,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 16,019.22 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 250.39 | N/A | N/A | 0.00 |
| NOTFILED | Citibank NA Studen Loan | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $119,771.59 | $69,143.70 | $69,143.70 | $34,027.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-81305 | Trustee: (330400) JOSEPH D. OLSEN |
| Case Name: MCMAN, SHEILA KAY | Filed (f) or Converted (c): 03/30/12 (f) |
| | §341(a) Meeting Date: 05/14/12 |
| Period Ending: 12/03/12 | Claims Bar Date: 08/23/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence: 7 Newbury 60156 | 201,100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 5.00 | 0.00 | DA | 0.00 | FA |
| 3 | Baxter Credit Union Savings Account number XXXXX | 260.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account, Home State Bank, Account numbe | 179.23 | 0.00 | DA | 0.00 | FA |
| 5 | Used household goods and furnishings | 440.00 | 0.00 | DA | 0.00 | FA |
| 6 | Used clothing | 75.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding rings and miscellaneous jewelry | 60.00 | 0.00 | DA | 0.00 | FA |
| 8 | Used photography equipment | 10.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life insurance, Death benefit: $100.000 Ben | 1.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401K, CVS Caremark | 5,251.93 | 0.00 | DA | 0.00 | FA |
| 11 | UFCW Midwest Pension Fund Lump sum benefit at re | 379.48 | 0.00 | DA | 0.00 | FA |
| 12 | QDRO interest in ex-husband's 401(k) retirement | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Maintenance owed from ex-husband | 9,600.00 | 0.00 | DA | 0.00 | FA |
| 14 | Judgment for property settlement against ex-husb | 36,700.00 | 20,000.00 | | 39,720.36 | |
| 15 | Anticipated 2011 Tax Refund | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2008 Ford Escape SUV, Mileage 77,000 | 8,446.00 | 0.00 | DA | 0.00 | FA |
| 17 | Used computer, printer and office furniture | 65.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2 pet dogs | 10.00 | 0.00 | DA | 0.00 | FA |
| 19 | Used tools, lawnmower and yard tools/equipment | 40.00 | 0.00 | DA | 0.00 | FA |
| 19 | **Assets** **Totals** (Excluding unknown values) | **$278,822.64** | **$20,000.00** | | **$39,720.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    April 30, 2013          Current Projected Date Of Final Report (TFR):    April 30, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-81305 |
| Case Name: | MCMAN, SHEILA KAY |

| | |
|---|---|
| Taxpayer ID #: | **-***5680 |
| Period Ending: | 12/03/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******51-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/12 | {14} | Attorneys' Title Guaranty Fund, Inc. | collection of judgment against ex-spouse. | 1129-000 | 39,720.36 | | 39,720.36 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 39,695.36 |
| 10/03/12 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $900.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 900.00 | 38,795.36 |
| 10/03/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,722.04, Trustee Compensation;  Reference: | 2100-000 | | 4,722.04 | 34,073.32 |
| 10/03/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $46.00, Trustee Expenses;  Reference: | 2200-000 | | 46.00 | 34,027.32 |
| 10/03/12 | 104 | Breezy Point Timeshare | Dividend paid  49.21% on $2,553.90; Claim# 5; Filed: $2,553.90; Reference: | 7100-000 | | 1,256.84 | 32,770.48 |
| 10/03/12 | 105 | Centegra Hospital | Dividend paid  49.21% on $1,613.95; Claim# 6; Filed: $1,613.95; Reference: | 7100-000 | | 794.26 | 31,976.22 |
| 10/03/12 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid  49.21% on $18,988.14; Claim# 7; Filed: $18,988.14; Reference: | 7100-000 | | 9,344.53 | 22,631.69 |
| 10/03/12 | 107 | Citibank N.A. | Combined Check for Claims#1,2,3,4 | | | 22,631.69 | 0.00 |
| | | | Dividend paid  49.21%          6,379.51 on $12,963.20;  Claim# 1; Filed: $12,963.20 | 7100-000 | | | 0.00 |
| | | | Dividend paid  49.21%          8,719.40 on $17,717.86;  Claim# 2; Filed: $17,717.86 | 7100-000 | | | 0.00 |
| | | | Dividend paid  49.21%          5,227.68 on $10,622.68;  Claim# 3; Filed: $10,622.68 | 7100-000 | | | 0.00 |
| | | | Dividend paid  49.21%          2,305.10 on $4,683.97;  Claim# 4; Filed: $4,683.97 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 39,720.36 | 39,720.36 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 39,720.36 | 39,720.36 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$39,720.36** | **$39,720.36** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-81305 |
| Case Name: | MCMAN, SHEILA KAY |
| | |
| Taxpayer ID #: | **-***5680 |
| Period Ending: | 12/03/12 |

| | |
|---|---|
| Trustee: | JOSEPH D. OLSEN (330400) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******51-66 - Checking Account |
| Blanket Bond: | $820,095.60  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 39,720.36 |
| Net Estate : | $39,720.36 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******51-66 | 39,720.36 | 39,720.36 | 0.00 |
| | $39,720.36 | $39,720.36 | $0.00 |